# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANCISCO ISLAS,

    Plaintiff,

v.

US BANK TRUST NATIONAL ASSOCIATION,

    Defendant.

Case No. 2:13-cv-00379-LDG (PAL)

**ORDER**

On March 27, 2014, the Court dismissed the plaintiff's complaint without prejudice, and granted plaintiff fifteen days to file an amended complaint. A review of the docket indicates that the plaintiff did not file an amended complaint. Accordingly,

THE COURT **ORDERS** that this matter is DISMISSED with prejudice;

THE COURT FURTHER **ORDERS** that this matter is CLOSED.

DATED this ____6____ day of May, 2014.

_____
Lloyd D. George
United States District Judge